UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD WILLIAMS (#364941)

VERSUS

ERIC HINYARD, ET AL.

CIVIL ACTION

NO. 08-656-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 13, 2009 (doc. no. 23). The plaintiff filed an objection and it has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the defendants' motion for summary judgment is GRANTED and this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Further, the claims against defendant Sgt. Kevin Smith are DISMISSED for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, this 1st day of May, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA